1

2

3

4

5

6                                  UNITED STATES DISTRICT COURT

7                                        DISTRICT OF NEVADA

8                                                 * * *

9    RONALD MONROE                              Case No. 3:14-cv-00515-MMD-WGC

10                          Plaintiff,
         v.                                     ORDER ACCEPTING AND ADOPTING
11                                              REPORT AND RECOMMENDATION
     CORRECTIONAL OFFICER WALKER, et            OF MAGISTRATE JUDGE
12   al.,                                       WILLIAM G. COBB

13                          Defendants.

14

15        Before the Court is the Report and Recommendation ("R&R") of United States

16   Magistrate Judge William G. Cobb (dkt. no. 26) relating to Defendants' Motion to Dismiss

17   (dkt. no. 17).  Plaintiff had until January 28, 2016, to object to the R&R. (Dkt. no. 26.)  To

18   date, no objection has been filed.

19        This Court "may accept, reject, or modify, in whole or in part, the findings or

20   recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party

21   timely objects to a magistrate judge's report and recommendation, then the court is

22   required to "make a *de novo* determination of those portions of the [report and

23   recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails

24   to object, however, the court is not required to conduct "any review at all . . . of any issue

25   that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

26   Indeed, the Ninth Circuit has recognized that a district court is not required to review a

27   magistrate judge's report and recommendation where no objections have been filed. *See*

28   *United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard

1    of review employed by the district court when reviewing a report and recommendation to

2    which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219,

3    1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the

4    view that district courts are not required to review "any issue that is not the subject of an

5    objection."). Thus, if there is no objection to a magistrate judge's recommendation, then

6    the court may accept the recommendation without review*. See, e.g.*, *Johnstone*, 263 F.

7    Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to

8    which no objection was filed).

9         Nevertheless, this Court finds it appropriate to engage in a *de novo* review to

10   determine whether to adopt Magistrate Judge Cobb's R&R. The Magistrate Judge

11   recommends granting Defendants' motion as to Defendant Robert LeGrand, and

12   denying Defendants' motion as to  Defendant Debra Walker. Upon reviewing the R&R

13   and underlying briefs, this Court finds good cause to adopt the Magistrate Judge's R&R

14   in full.

15        It  is  therefore  ordered,  adjudged  and  decreed  that  the  Report  and

16   Recommendation of Magistrate Judge Cobb (dkt. no. 26) be accepted and adopted in its

17   entirety.  Defendants' Motion to Dismiss (dkt. no. 17) is granted in part and denied in

18   part.  Defendant LeGrand is dismissed with prejudice.

19        DATED THIS 26th day of February 2016.

20

21   _____

22   MIRANDA M. DU
     UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28